Lewis BROWN, Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2005.

## ORDER

PER CURIAM.

AND NOW, this 28th day of September, 2005, the order of the Commonwealth Court is AFFIRMED.